1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      FAX: (408) 535-5066
       daniel.kaleba@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,           )  NO. CR 13-00394 DLJ
                                        )
14         Plaintiff,                   )  STIPULATION AND [] ORDER
                                        )  CONTINUING STATUS HEARING FROM
15     v.                               )  NOVEMBER 7, 2013 TO DECEMBER 19, 2013
                                        )
16  CARLOS ZAMORA-VAZQUEZ,              )
                                        )
17         Defendant.                   )
                                        )
18

19      The defendant, represented by Assistant Federal Public Defender Varell Fuller, and the

20 government, represented by Assistant United States Attorney Daniel Kaleba, respectfully stipulate and

21 request the Court continue the November 7, 2013 status hearing to December 19, 2013.  The reason for

22 the continuance is that the co-defendant, Juan Antonio Ruiz, is currently in state custody, awaiting

23 sentencing on an unrelated matter.  His sentencing date was recently continued to December 11, 2013.

24 In consultation with the United States Marshal, the government believes Mr. Ruiz's presence in this

25 Court may be secured through a writ of habeas corpus shortly thereafter, on December 19, 2013.

26      Mr. Zamora-Vazquez is out of custody.

27      Therefore, the parties jointly stipulate and request that the next status appearance be continued to

28 December 19, 2013 at 9:00 a.m.  The parties further agree that an exclusion of time under the Speedy

ORDER EXLUDING TIME
Case No. CR 13-00394 DLJ

1 Trial Act is appropriate to promote continuity of counsel and effective representation.  18 U.S.C. §
2 3161(h)(7)(A) and (B)(iv).  Further, an exclusion of time is warranted due to the transportation of a co-
3 defendant from state custody.  18 U.S.C. § 3161(h)(1)(F).

Respectfully submitted,

Dated: November 5, 2013  /s/
VARELL FULLER
Assistant Federal Public Defender

Dated: November 5, 2013  /s/
DANIEL R. KALEBA
Assistant United States Attorney

Based upon the representation of counsel and for good cause shown, the Court continues the status hearing from November 7, 2013 to December 19, 2013 at 9:00 a.m.  The Court further finds that failing to exclude the time between November 7, 2013 and December 19, 2013 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that time necessary to transport the co-defendant in this matter provides an appropriate basis for a continuance and exclusion of time.  18 U.S.C. § 3161(h)(1)(F).  The Court further finds that the ends of justice served by excluding the time between November 7, 2013 and December 19, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between November 7, 2013 and December 19, 2013 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: _____

_____
HON. D. LOWELL JENSEN
United States District Judge

ORDER EXLUDING TIME
Case No. CR 13-00394 DLJ