STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ZAMORA

*E-FILED - 4/16/14*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CARLOS ANTONIO ZAMORA-VASQUEZ, et al.,<br>Defendants. | No. CR 13-00394 DLJ<br>STIPULATION AND [] ORDER CONTINUING HEARING TO MAY 8, 2014, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

**STIPULATION**

The defendants and the government, acting through their respective counsel, hereby stipulate, subject to the Court's approval, that the status hearing date currently set for April 17, 2014, be vacated and continued to May 8, 2014, at 9:00 a.m.

The reason for the requested continuance is Mr. Zamora is recovering from an emergency appendectomy and is unavailable, and to permit both defense counsel additional time to effectively prepare. The parties therefore respectfully requests a continuance and exclusion of time based on defense counsels' need to effectively prepare and Mr. Zamora's unavailability.

Accordingly, the parties agree and stipulate that time should be excluded from April 17, 2014, through and including May 8, 2014, under the Speedy Trial Act, 18 U.S.C. §

3161(h)(7)(A) and (B)(iv), for effective preparation, and (h)(3)(A), based on Mr. Zamora's unavailability. The defendants and the government further agree that granting the requested exclusion of time will serve the interest of justice and the ends of justice outweigh the interest of the public and the defendants in a speedy trial.

IT IS SO STIPULATED.

Dated: April 15, 2014

_____________/s/______________
VARELL L. FULLER
Assistant Federal Public Defender
Counsel for Mr. Zamora

Dated: April 15, 2014

____________/ s/_______________
MICHAEL WHELAN
Counsel for Mr. Antonio-Ruiz

Dated: April 15, 2014

_____________/s/_______________
DANIEL R. KALEBA
Assistant United States Attorney

//
//
//
//
//
//

**[] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently set for April 17, 2014, shall be continued to May 8, 2014, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between April 17, 2014, and May 8, 2014, would unreasonably deny both counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between April 17, 2014, and May 8, 2014, from computation under the Speedy Trial Act

outweigh the interests of the public and the defendants in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between April 17, 2014, and May 8, 2014, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), (B)(iv), and (h)(3)(A).

IT IS SO ORDERED.

Dated: 4/16/14

THE HONORABLE D. LOWELL JENSEN
United States District Court Judge