1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  55 South Market, Suite 820
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ZAMORA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 13-00394-DLJ |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [] ORDER TO ADVANCE SENTENCING HEARING TO OCTOBER 28, 2014 |
| vs. | ) ) | |
| CARLOS ANTONIO ZAMORA-VASQUEZ, | ) ) ) | |
| Defendant. | ) | |

**STIPULATION**

The parties, through their respective counsel, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing date set in this matter for Thursday, December 4, 2014, at 11:00 a.m., be advanced to Tuesday, October 28, 2014 at 11:00 a.m.

On July 24, 2014, Mr. Zamora entered a plea pursuant to Rule 11(c)(1)(A) and 11(c)(1)(B) of the Federal Rule of Criminal procedure to one count of alien in possession of a firearm, in violation of 18 U.S.C. § 922(g).  A sentencing hearing is set in this matter for December 4, 2014.  On July 24, 2014, the Court sentenced the co-defendant, Mr. Ruiz.  The parties respectfully requests the current sentencing hearing date be advanced to October 28, 2014, to permit this Court to also sentence Mr. Zamora, and as a matter of judicial economy.

Stipulation and [] Order                                                    1

The United States Probation Office has been consulted about the requested continuance and has no objection.  The parties further agree to modify the dates by which Probation must disclose the draft report to the parties and the time permitted for the parties to submit objections to the draft report, in accord with Federal Rule of Criminal Procedure 32.  Accordingly, the parties further stipulate that Probation shall disclose the draft report by October 1, 2014, and the parties shall have until October 8, 2014, to submit any objections to the draft report.  For the foregoing reasons, the parties respectfully request the sentencing hearing date be advanced to October 28, 2014.

Dated:  September 19, 2014
_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated:  September 19, 2014
_____/s/_____
GARY G. FRY
Assistant United States Attorney

# ] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, it is HEREBY ORDERED that the sentencing hearing date set for Thursday, December 4, 2014 at 10:00 a.m., is advanced to Tuesday, October 28, 2014, at 11:00 a.m.

It is further ORDERED, and by stipulation of the parties, Probation shall disclose the draft Presentence Report to the parties by October 1, 2014, and the parties shall submit any objections to the draft Presentence Report by October 8, 2014.

IT IS SO ORDERED.

Dated:  F€Ð₤I
_____
THE HONORABLE D. LOWELL JENSEN
United States District Court Judge

Stipulation and [] Order                                            2